```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HENRY ARROYO A/K/A HENRY ARROYO       :
RIVERA,                                :
                                       :
                                       :   23-CV-448 (RWL)
                Plaintiff,             :
                                       :
     - against -                       :   ORDER
                                       :
THE UNITED STATES OF AMERICA,          :
                                       :
                Defendant.             :
                                       :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the initial pretrial conference held by telephone on May 18, 2023, by May 24, 2023, Defendant will file either an amended answer omitting certain defense(s) or a stipulation between the parties acknowledging Defendant's having withdrawn those defense(s). If Plaintiff intends to pursue his contemplated motion to strike/dismiss certain defenses, he shall file his motion by June 14, 2023; Defendant shall file its opposition by July 14, 2023; and Plaintiff shall file his reply, if any, by July 28, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 18, 2023
       New York, New York