

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

December 20, 2024

**By ECF**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

SO ORDERED:



12/23/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   *Arroyo v. United States of America*, No. 23 Civ. 448 (RWL)

Dear Judge Lehrburger:

    This Office represents the United States of America (the "United States") in the above-referenced Federal Tort Claims Act matter relating to allegedly negligent medical care received by plaintiff Henry Arroyo ("Plaintiff"). I write respectfully, on behalf of both parties, to inform the Court that the parties have reached an agreement in principle on monetary terms resolving the claims in this matter. Accordingly, the United States and Plaintiff respectfully request that the Court stay discovery for 30 days to provide time for the parties to draft and file a stipulation of dismissal.

    We thank the Court for its consideration of this request.

Respectfully,

EDWARD Y. KIM
Acting United States Attorney

By:   /s/ *Mollie Kornreich*
MOLLIE KORNREICH
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-3274

cc: Counsel of record (by ECF)